UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN MAREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV999MLM |
| ) | |
| SAINT-GOBAIN CONTAINERS, INC., ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

This matter came before the court for trial by jury, the Honorable Mary Ann L. Medler, United States Magistrate Judge presiding by consent of the parties pursuant to 28 U.S.C. § 636(c). The issues have been tried and the jury has reached its verdict.[1]

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that on Plaintiff's claim of Gender Discrimination, judgment is entered in favor of Defendant Saint-Gobain Containers, Inc. and against Plaintiff Kathleen Marez.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that on Plaintiff's claim of Violation of the Family and Medical Leave Act, judgment is entered in favor of Plaintiff Kathleen Marez and against defendant Saint-Gobain Containers, Inc. in the amount of $206,500.00.

---

[1] Defendant filed a Supplemental Submission in Opposition to an Award of Liquidated Damages. [Doc. 124]

- 2 -

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in addition, liquidated damages are awarded to Plaintiff Kathleen Marez and against Saint-Gobain Containers, Inc. in the amount of $206,500.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear its own costs.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   8th   day of  February, 2011.