UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kathleen Marez, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 4:09CV999 MLM |
| Saint-Gobain Containers, Inc., | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFF KATHLEEN MAREZ'S MOTION FOR ATTORNEY'S FEES AND COSTS**

COMES NOW Plaintiff Kathleen Marez, by and through counsel, pursuant to Local Rule 54 - 8.04, and hereby moves this Court for her attorney's fees and costs.

WHEREFORE, Plaintiff Kathleen Marez respectfully requests that this Court grant her Motion for Attorney's Fees and costs, together with any and all other relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

**LAW OFFICE OF
KRISTIN F. WHITTLE, LLC**

   /s/ Kristin Whittle Parke
Kristin Whittle Parke, Esq.  #36549
11901 Olive Blvd., Suite 200
First Bank Building
St. Louis, MO 63141
Telephone:  (314) 439-5291
Facsimile:  (314) 439-5290
Email:  kwhittlelaw@aol.com
Attorney for Plaintiff
Kathleen Marez

**Certificate of Service**

    This is to certify that the foregoing was sent electronically via email this 1st day of March, 2011, to the following individuals whom have elected to receive pleadings electronically:  Jeffery M. Mallamad, Carolyn Clay Hall, Katherine G. Erdel, Attorneys at Law, BINGHAM MCHALE LLP, 10 West Market Street, Suite 2700, Indianapolis, IN 46204, Lead Counsel for Defendant Saint-Gobain Containers, Inc., and Dennis C. Donnelly, Local Counsel for Defendant.

                                                                            */s/ Kristin Whittle Parke*