**PLAINTIFF'S EXHIBIT 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kathleen Marez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:09CV999 MLM |
| ) | |
| ) | |
| Saint-Gobain Containers, Inc., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF KRISTIN WHITTLE PARKE PURSUANT TO 28 U.S.C. § 1746

STATE OF MISSOURI    )
                     ) SS.
COUNTY OF ST. LOUIS  )

I, Kristin Whittle Parke, having been duly sworn on my oath do hereby depose and state as follows:

1. My name is Kristin Whittle Parke. I am over age 21 and am competent to testify in this matter. I have personal knowledge of the matters set forth herein.

2. I graduated from Washington University School of Law, J.D. in May of 1993, with honors, including being inducted into the Order of the Barristers. I am licensed to practice law in Missouri (1993) and Illinois (1994). I have had my own law practice, Law Office of Kristin F. Whittle, LLC, since 1996, and I have independently litigated cases before the Eastern and Western District Courts of Missouri, most of the State Courts in Missouri (including, but not limited to the most proximal courts of St. Louis County, St. Louis City, St. Charles County, Franklin County, and Jefferson County), the Seventh and Eighth Circuit Courts of Appeals, the Northern and Southern District Courts of Illinois, and the Circuit Courts of Madison and St. Clair County Illinois. I have obtained substantial verdicts and settlements throughout these courts.

3. Since approximately 1996, when I started my own law practice, I have practiced exclusively in the area of employment law, only representing employees, and do not take on any other types of cases. I regularly speak at employment law seminars and conferences. I am an active member of the National Employment Lawyers Association ("NELA") and its St. Louis chapter.

4. Attorneys practicing in my field with similar education and experience are Jonathon Berns, Mark Potashnick, and Charles Jellinek. The three (3) of us all graduated together from Washington University School of Law in 1993 and all three (3) practice in the area of employment law. Mark Potashnick was awarded the rate of $300/hour in 2008. Charles Jellinek requested the billable rate of $365/hour in 2007; and Jonathon Berns has been awarded the rate of $350/hour in two (2) separate State employment cases in 2009 and 2010.

5. I hereby request the rate of $350/hour as a fair and reasonable rate based upon my peers' rates.

6. According to all of the records that I do have, I have spent 618.10 hours in Attorney time in the present case and 20.1 in Paralegal time and my attorney fee bill for working on Kathleen Marez's case up through the date of this Motion for Attorney's Fees and Costs. The attached bill for attorney's fees is true and accurate and was created by myself in the regular course of my business, the Law Office of Kristin F. Whittle, LLC, and those entries are the type of entries that I regularly make in the course of my business and they were created with knowledge of the information contained in those entries.

7. The amounts incurred by me as Kathleen Marez's legal counsel were reasonably and necessarily incurred in connection with the preparation of this action and were vital to the success of his action.

I, Kristin Whittle Parke, declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of March, 2011.

_____
Kristin Whittle Parke