UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 11-2354
_____

Kathleen Marez

Plaintiff - Appellee

v.

Saint-Gobain Containers, Inc.

Defendant - Appellant

_____

No: 11-2356
_____

Kathleen Marez

Plaintiff - Appellant

v.

Saint-Gobain Containers, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cv-00999-MLM)
_____

**JUDGMENT**

This cross-appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 31, 2012

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans