UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kathleen Marez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:09-cv-00999-MLM |
| ) | |
| ) | |
| Saint-Gobain Containers, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SATISFACTION

Defendant, Saint-Gobain Containers, Inc., as Principal, and Travelers Casualty and Surety Company of America, as Surety, (collectively "SGCI"), for their Notice of Satisfaction of the judgment entered against it and in favor of Plaintiff, Kathleen Marez, Obligee ("Plaintiff") states as follows:

1. On May 18, 2011, this Court entered its Amended Judgment ("Judgment") in this action upon the jury's verdict against SGCI in the amount of $592,540.03.

2. Thereafter, SGCI filed a Notice of Appeal to the United States Court of Appeals for the Eighth Circuit appealing the Judgment and SGCI posted a Supersedeas Bond, Bond No. 105625714 (the "Bond") on August 10, 2011 in the amount of $595,040.00 [Doc #168].

3. On July 31, 2012, the Court of Appeals for the Eighth Circuit upheld the Court's Judgment in favor of Plaintiff.

4. On September 17, 2012, SGCI sent, via UPS overnight mail, checks to Plaintiff's counsel, Kristen Whittle Parke in complete and total satisfaction of the Judgment, including post-judgment interest. Copies of said checks and UPS Delivery Confirmation Receipt are being filed herewith, attached as Exhibit A.

5. Given that the Judgment has been satisfied by SGCI, the Bond is now void and SGCI is released from the Bond.

WHEREFORE, SGCI requests that this Court take notice of SGCI's satisfaction of the judgment in this case and, if necessary, enter an order releasing SGCI from the Supersedeas Bond, Bond No. 105625714, entered on August 10, 2011, and for any other relief warranted.

Respectfully submitted,

*s/ Carolyn Clay Hall*
Jeffery M. Mallamad
Carolyn Clay Hall
Katherine G. Erdel
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

*Lead Counsel for Defendant,*
*Saint-Gobain Containers, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 19, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Kristin Whittle Parke
11901 Olive Blvd., Suite 200
First Bank Building
St. Louis, MO 63141

*s/ Carolyn Clay Hall*
Carolyn Clay Hall